C-10-375-EMC

JS 44 (Rev. 12/07) (CAND Rev 1/10)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS
United States of America, People of the State of California ex rel. California Department of Fish and Game

## DEFENDANTS
Chevron U.S.A. Inc.

**(b)** County of Residence of First Listed Plaintiff United States
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant Contra Costa
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Ann C. Hurley - Trial Attorney
Environmental Enforcement Section - United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105

Attorneys (If Known)

Gerald George - Counsel
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA 94105

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

[X] 1 U.S. Government Plaintiff
[ ] 2 U.S. Government Defendant
[ ] 3 Federal Question (U.S. Government Not a Party)
[ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury— Med. Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | | [ ] 625 Drug Related Seizure of Property 21 USC 881 | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | | [ ] 365 Personal Injury — Product Liability | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 320 Assault, Libel & Slander | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 330 Federal Employers' Liability | | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 340 Marine | **PERSONAL PROPERTY** | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 480 Consumer Credit |
| | [ ] 345 Marine Product Liability | [ ] 370 Other Fraud | [ ] 690 Other | | [ ] 490 Cable/Sat TV |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | [ ] 810 Selective Service |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 380 Other Personal Property Damage | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 195 Contract Product Liability | | | [ ] 730 Labor/Mgmt.Reporting & Disclosure Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| [ ] 196 Franchise | | | | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 740 Railway Labor Act | [ ] 865 RSI (405(g)) | [ ] 892 Economic Stabilization Act |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence | [ ] 790 Other Labor Litigation | | [X] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 442 Employment | **Habeas Corpus:** | [ ] 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | [ ] 894 Energy Allocation Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 535 Death Penalty | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 540 Mandamus & Other | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | [ ] 550 Civil Rights | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 440 Other Civil Rights | [ ] 555 Prison Condition | [ ] 463 Habeas Corpus – Alien Detainee | | |
| | | | [ ] 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from another district (specify)
[ ] 6 Multidistrict Litigation
[ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 U.S.C. §§ 9601, 9607; 40 C.F.R. § 302.4; CA Fish and Game Code § 12016
Brief description of cause:
Action for Natural Resource Damages to Castro Cove in San Pablo Bay, in Richmond, CA

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ n/a
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [X] No

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE". n/a

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2) (PLACE AND "X" IN ONE BOX ONLY)
[X] SAN FRANCISCO/OAKLAND   [ ] SAN JOSE   [ ] EUREKA

DATE January 26, 2010

SIGNATURE OF ATTORNEY OF RECORD

1  IGNACIA S. MORENO
   Assistant Attorney General
2  Environment and Natural Resources Division
   United States Department of Justice
3  Washington, D.C. 20530

4  ANN C. HURLEY (D.C. Bar No. 375676)
   Trial Attorney
5  Environmental Enforcement Section
   United States Department of Justice
6  301 Howard Street, Suite 1050
   San Francisco, California 94105
7  Phone: (415) 744-6480
   Fax: (415) 744-6476
8  email: ann.hurley@usdoj.gov

9  Attorneys for Plaintiff United States of America

10 EDMUND G. BROWN JR., Attorney General
   of the State of California
11 MARY HACKENBRACHT
   Senior Assistant Attorney General
12 DANIEL S. HARRIS (State Bar No. 157433)
   Deputy Attorney General
13 455 Golden Gate Avenue, Suite 11000
   San Francisco, California 94102-3664
14 Phone: (415)703-5530
   Fax: (415)703-5480
15 email: Daniel.Harris@doj.ca.gov

16
   Attorneys for Plaintiff People of the State of California
17 ex rel. the California Department of Fish and Game

FILED
JAN 27 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

18
19                UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
                        OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the PEOPLE OF THE STATE OF CALIFORNIA ex rel. the CALIFORNIA DEPARTMENT OF FISH AND GAME,<br><br>Plaintiffs,<br><br>vs.<br><br>CHEVRON U.S.A. INC.,<br><br>Defendant. | C10-00375 EMC<br>Civil No.<br><br>ADR<br><br>**COMPLAINT FOR NATURAL RESOURCE DAMAGES** |

28    The United States of America, by the authority of the Attorney General of the United

States, acting at the request of the National Oceanic and Atmospheric Administration and the Department of the Interior, and the People of the State of California ex rel. California Department of Fish and Game, through the undersigned attorneys, file this complaint and allege as follows:

**NATURE OF ACTION**

1. This is a civil action, brought against Chevron U.S.A. Inc. ("Chevron"), for recovery of damages for injury to, loss of, or destruction of natural resources under Section 107 of the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"), 42 U.S.C. § 9607. Plaintiffs seek damages in order to compensate for and restore natural resources injured by the release or threatened release of hazardous substances into Castro Cove, a small embayment within San Pablo Bay located adjacent to an industrial area in Richmond, California, that includes a petroleum refinery, owned and operated by Defendant. Plaintiffs also seek to recover unreimbursed costs of assessing such damages.

**JURISDICTION AND VENUE**

2. This Court has jurisdiction over the subject matter of this action under 28 U.S.C. §§ 1331 (federal question), 1345 (United States as plaintiff), 1367 (supplemental jurisdiction) and Section 113(b) of CERCLA, 42 U.S.C. § 9613(b) (jurisdiction; venue).

3. Venue is proper in the Northern District of California, pursuant to 28 U.S.C. §§ 84 (California) and 1391(b) (venue generally), and Section 113(b) of CERCLA, 42 U.S.C. § 9613(b) (jurisdiction; venue), because it is the judicial district in which the releases occurred.

**DEFENDANT**

4. Chevron is a "person" within the meaning of Section 101 of CERCLA, 42 U.S.C. § 9601(21), because Chevron is a corporation.

**FACTUAL ALLEGATIONS**

5. Chevron owns and operates a petroleum refinery in Richmond, California, (the "Refinery") that is adjacent to Castro Cove, a small embayment within San Pablo Bay.

6. As used herein, "Castro Cove" shall mean the embayment located in San Pablo Bay within Contra Costa County, California, immediately north of the Chevron North Yard


1  Impound Basin and enclosed by a line drawn from the Point San Pablo Yacht Harbor to the West
2  Contra Costa Sanitary Landfill.

3  7.  There have been "releases" and "threatened releases," within the meaning of
4  Sections 101(22) and 107(a) of CERCLA, 42 U.S.C. §§ 9601(22) and 9607(a), from the Refinery
5  into Castro Cove, including, inter alia, releases of mercury and polycyclic aromatic hydrocarbons
6  ("PAHs") through an historical discharge of wastewater to the south side of Castro Cove. Lead
7  was also released to the environment through lead pellets deposited in a portion of the Castro
8  Cove sediments from past skeet shooting activities at the Refinery.

9  8.  "Hazardous substances" within the meaning of Section 101(14) of CERCLA, 42
10 U.S.C. 9601(14), and 40 C.F.R. § 302.4, including mercury, PAHs and lead, have been released
11 into Castro Cove from the Refinery.

12 9.  Castro Cove is a "facility" within the meaning of Section 101(9) of CERCLA, 42
13 U.S.C. § 9601(9), because it is a site "where a hazardous substance has been deposited, stored,
14 disposed of, or placed, or otherwise come to be located." 42 U.S.C. § 9601(9)((B).

15 10. Plaintiffs have incurred costs in assessing damages to natural resources resulting
16 from the releases.

**FIRST CLAIM FOR RELIEF**
**(Natural Resources Damages Under CERCLA)**

19 11. Paragraphs 1 through 10 are realleged and incorporated herein by reference.

20 12. Defendant Chevron is liable as a person that generated hazardous substances
21 and transported such hazardous substances to Castro Cove, under Section 107(a)(3) and (4) of
22 CERCLA, 42 U.S.C. § 9607(a)(3) and (4).

23 13. Pursuant to Section 107(a) of CERCLA, 42 U.S.C. § 9607(a), Chevron is liable to
24 the United States and the People of the State of California ex rel. California Department of Fish
25 and Game for damages for injury to, destruction of, or loss of natural resources, including the
26 reasonable costs of assessing such injury, destruction, or loss resulting from a release of
27 hazardous substances from the Refinery to Castro Cove.

28

## SECOND CLAIM FOR RELIEF
### (Damages Under California Fish and Game Code Section 12016)

14. Plaintiff, People of the State of California ex rel. California Department of Fish and Game ("CDFG"), refers to and incorporates by reference as though fully set forth herein each and every foregoing paragraph of this Complaint.

15. By virtue of the acts alleged above, Defendant discharged or deposited mercury, polycyclic aromatic hydrocarbons, and lead into the waters of the State.

16. Mercury, polycyclic aromatic hydrocarbons, and lead are substances or materials deleterious to fish, plant, bird, or animal life or their habitat within the meaning of Fish and Game Code Section 12016(a).

17. Plaintiff CDFG is informed and believes and based upon such information and belief alleges that the mercury, polycyclic aromatic hydrocarbons, and lead for which Defendant is responsible has caused damage to fish, plant, bird, or animal life and their habitat.

18. Defendant is liable under Fish and Game Code Section 12016 to the CDFG for all actual damages to fish, plant, bird, or animal life and/or their habitat.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully pray that this Court:

1. Award Plaintiffs a judgment against the Defendant for all damages and assessment costs; and

2. Grant the Plaintiffs such other relief as this Court may deem appropriate.

Respectfully submitted,

*Ignacia S. Moreno*
IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

*signature*

ANN C. HURLEY
Trial Attorney
Environmental Enforcement Section
United States Department of Justice

Attorneys for Plaintiff United States of America


EDMUND G. BROWN JR.
Attorney General of California

MARY HACKENBRACHT
Senior Assistant Attorney General
JOHN DAVIDSON
Supervising Deputy Attorney General

*signature*

DANIEL S. HARRIS
Deputy Attorney General

Attorneys for Plaintiff California Department of Fish and Game