UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the PEOPLE OF THE STATE OF CALIFORNIA ex rel. the CALIFORNIA DEPARTMENT OF FISH AND GAME,<br><br>Plaintiffs,<br><br>vs.<br><br>CHEVRON U.S.A. INC.,<br><br>Defendant. | Civil No. C 10-00375 JSW<br><br>[PROPOSED] ORDER TO ENTER CONSENT DECREE |

The United States of America and the People of the State of California ex rel. the California Department of Fish and Game lodged a Consent Decree in this matter with the Court on January 27, 2010, pending a 30-day public comment period. The comment period expired on March 10, 2010. On March 16, 2010, the Plaintiffs filed Plaintiffs' Unopposed Request to Enter Consent Decree. For the reasons set forth in that Request and its supporting Memorandum and for good cause shown, the Consent Decree shall be a final judgment between and among the Plaintiffs and Defendant Chevron U.S.A. Inc. under Fed. R. Civ. P. 54 and 58. The United States is directed to e-file a copy of the Consent Decree within three (3) business days of receiving this Order.

So ordered this __18th__ day of __March__, 2010.

_____
The Honorable Jeffrey S. White
United States District Judge

U.S. et al. v. Chevron U.S.A. Inc. C 10-00375 JSW         [Proposed] Order to Enter Consent Decree